■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BLESSED SIMON, Appellant.— Judgment of conviction reversed on the law and on the facts and information dismissed and the bail exonerated on the ground that there is a reasonable doubt that the defendant's alleged act came within the purview of the statute. Concur — Breitel, J. P., Stevens and Noonan, JJ.;, Rabin, J. and McNally, J. dissent and vote to affirm.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH WRIGHT, Appellant.— Judgment of conviction unanimously reversed, on the law and on the facts, and information dismissed. The People have failed to establish the guilt of the defendant beyond a reasonable doubt. Concur — Breitel, J. P., Rabin, McNally, Stevens and Noonan, JJ.

■ JEAN WEILL et al., Respondents, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.— Judgment unanimously affirmed, with costs to the respondents. No opinion. Concur — Breitel, J. P., Rabin, McNally, Stevens and Noonan, JJ.

■ In the Matter of CHARLES GERSHTENBLEET et al., Appellants, and MARVIN TEITELBAUM et al., Intervenors-Appellants, against JOSEPH SCHECHTER et al., Constituting the Department of Personnel, Civil Service Commission of the City of New York, et al., Respondents, and ABRAHAM J. BEALICK et al., Intervenors-Respondents.— Order unanimously affirmed, with $20 costs and disbursements to respondents but without costs to the intervenors-respondents — Abraham J. Bealick, Leo Lieberman, Peter Duncan and Bernard Roher. Concur — Breitel, J. P., Rabin, McNally and Stevens, JJ. [20 Misc 2d 941.]

■ In the Matter of the Arbitration, between L. A. SLESINGER, INCORPORATED, Respondent, and CALVINE MILLS, INC., Appellant.— Order and judgment unanimously affirmed, with costs to the petitioner-respondent. No opinion. Concur — Botein, P. J., Rabin, McNally and Stevens, JJ. [20 Misc 2d 556.]

■ HENRY PEARCE et al., Copartners Doing Business under the Name of PEARCE, MAYER & GREER, Respondents, v. JEFFERSON VILLAS, INC., et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. The plaintiff's time to serve the amended complaint is extended for a period of 10 days from the date of entry of this order. No opinion. Concur — Botein, P. J., Breitel, Rabin, McNally and Stevens, JJ.

■ ELLEN L. LANDES, as Executrix of LOUIS M. LANDES, Deceased, Respondent, et al., Plaintiffs, v. ROSE A. RUSSO, as Administratrix of the Estate of MARIA RUSSO, Deceased, Appellant, et al., Defendant.— Judgment so far as appealed from is affirmed, with costs of this appeal to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, McNally and Stevens, JJ.